# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | No. 815 |
|---|---|---|
| | : | |
| APPOINTMENT TO ORPHANS' COURT | : | SUPREME COURT RULES DOCKET |
| PROCEDURAL RULES COMMITTEE | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 2nd day of December, 2019, Dianne C. Magee, Esquire, Bucks County, is hereby appointed as a member of the Orphans' Court Procedural Rules Committee for a term of six years, commencing January 1, 2020.